IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HUNSINGER, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>ATMOS ENERGY CORPORATION, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>3:23-CV-2009-G-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **DENIES** the plaintiff's motion to remand (docket entry 12).

**SO ORDERED**.

October 11, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**